IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 1:06cr2-SPM/AK

DONNA LYNN WILSON, et al.,

       Defendants.
_____/

**ORDER SETTING HEARING ON MOTION
FOR APPOINTMENT OF NEW COUNSEL**

This cause comes before the Court on Defendant Donna Lynn Wilson's letter, dated March 10, 2006, which the Court will treat as a motion for appointment of new counsel. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The clerk shall file the letter.

2. Defendant's motion for appointment of new counsel will be heard on Monday, March 27, 2006 at 1:30 p.m.

DONE AND ORDERED this 14th day of March, 2006.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge