IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:06cr25-SPM

DONNA LYNN WILSON, et al.,

      Defendants.
_____/

### ORDER DIRECTING CLERK TO FILE LETTERS

The Court is in receipt of a letter, dated March 22, 2006 from Defendant Donna Lynn Wilson.  Included with the letter were letters from Christina Altizer, Jamie Lyn Simmons, and Robert Bradley.  The Clerk shall file the letters and forward copies to probation office.

DONE AND ORDERED this 3rd day of April, 2006.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge