IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 1:06cr2-SPM/AK

DONNA LYNN WILSON, et al.,

      Defendants.
_____/

**ORDER SETTING RESPONSE DEADLINE**

Upon consideration of Defendant Wilson's Motion to Suppress (doc. 34).

IT IS ORDERED that the Government shall file a response to the motion on or before May 26, 2006.

DONE AND ORDERED this 16th day of May, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge