IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 1:06CR2-SPM/AK

DONNA LYNN WILSON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On this date, the Defendant, Donna Lynn Wilson, her attorney, and the attorney for the Government appeared before the undersigned for the purpose of considering Defendant's entry of a guilty plea to Count 1 of the Indictment. The district judge referred this matter to the undersigned for purposes of hearing Defendant's proposed change of plea pursuant to Fed.R.Crim.P. 11 and to enter a report and recommendation as to whether to accept the change of plea. All parties consented to this procedure, and the written consent has been entered.

The Court addressed Defendant personally in open court, and after assuring that Defendant was competent to proceed and had consented to pleading guilty, the Court finds:

1. Defendant is mentally alert, appears to be reasonably intelligent, and understands the nature of the charges to which she is pleading guilty as well as the

consequences of a guilty plea.  Although Defendant has acknowledged that she suffers from stress syndrome, she is taking medication therefor and appeared to be fully competent to enter this plea.

 2.  Defendant understands that she has a right to persist in her plea of not guilty, to trial by jury, to assistance of counsel at trial, to confront and cross-examine adverse witnesses, and that she has a right against compelled self-incrimination.

 3.  Defendant understands the effect of the supervised release term; she understands that the sentencing guidelines suggest a range for her sentence, but that the district judge is no longer bound by those guidelines and may in his discretion sentence her to a term shorter or longer than the range suggested by those guidelines. Defendant also understands that she cannot withdraw her guilty plea if the sentence is not what she expected.

 4.  Defendant understands that by pleading guilty, she has waived the right to have a jury determine beyond a reasonable doubt any fact or issue related to sentencing and has agreed to allow the Court to decide by a preponderance of the evidence all facts and issues related to sentencing.

 5.  The plea of guilty by the Defendant has been freely, knowingly, and voluntarily made and is not the result of force or threats or of any promises except for those promises contained in the written plea agreement between the parties.

 6.  Defendant is competent to plead guilty.

 7.  Defendant understands that her answers during the plea colloquy, which were under oath, may be later used against her in a prosecution for perjury or false statement.

8.  There is a factual basis for Defendant's guilty plea.

9.  There is a plea agreement which should be accepted by the district court. Defendant understands the terms of the plea agreement.

10.  Defendant has made her decision to plead guilty with the advice and counsel of a competent attorney with whom Defendant acknowledged she was satisfied.

11.  Defendant has voluntarily consented to go forward with her plea of guilty before the undersigned.  She understands that she has waived the ten-day period for filing objections to this report and recommendation, and she agrees that she has twenty-four hours from receipt of a copy of this report and recommendation in which to file written objections, if any.  The United States also consents to this procedure, including the shorter period for objections.

Accordingly, it is **RECOMMENDED** that the Court **ACCEPT** the plea agreement and Defendant's plea of guilty.

**IN CHAMBERS** at Gainesville, Florida, this **29th** day of August, 2006.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within **24 hours** after receiving a copy of this report and recommendation.